JUNE 27, 1977

■■■■■■■■■■

No. 75–6721. DOE ET AL. v. STEWART, COMMISSIONER, HEALTH AND RESOURCES ADMINISTRATION OF LOUISIANA. Affirmed on appeal from D. C. E. D. La. MR. JUSTICE BRENNAN, MR. JUSTICE MARSHALL, and MR. JUSTICE BLACKMUN dissent.

No. 76–680. JERNIGAN, SECRETARY OF STATE OF ARKANSAS v. LENDALL. Appeal from D. C. E. D. Ark. Motion of appellee for leave to proceed in forma pauperis granted. Judgment affirmed.

No. 76–1020. SOCIALIST WORKERS PARTY ET AL. v. EU, SECRETARY OF STATE OF CALIFORNIA. Affirmed on appeal from D. C. N. D. Cal.

■■■■■■■■■■

No. 75–1809. RABINOVITCH v. NYQUIST, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL. Appeal from D. C. E. D. N. Y. dismissed. ■■■■■■■■■■■■■■

■■■■■■■■■■■

No. 75–813. WESTBY, SECRETARY, DEPARTMENT OF SOCIAL SERVICES OF SOUTH DAKOTA, ET AL. v. DOE ET AL. Appeal from D. C. S. D. Judgment vacated and case remanded for further consideration in light of Beal v. Doe, 432 U. S. 438 (1977), and Maher v. Roe, 432 U. S. 464 (1977). MR. JUSTICE BRENNAN, MR. JUSTICE MARSHALL, and MR. JUSTICE BLACKMUN would affirm the judgment. ■■■■■■■■■■■